UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICANAGE

| | |
|---|---|
| ERIC ERWIN<br><br>Plaintiff,<br><br>v.<br><br>PRINCETON PHARMACEUTICALS, INC., et al.<br><br>Defendants. | Civil No. 18-13347 (RBK/JS) |
| IN RE: VALSARTAN N-NITROSODIMETHYLAMINE (NDMA) CONTAMINATION PRODUCTS LIABILITY LITIGATION | MASTER DOCKET NUMBER<br><br>Civil No. 19-2875 (RBK/JS) |

**ORDER**

IT IS HEREBY ORDERED this 30th day of November, 2020, that plaintiff's First Amended Class Action complaint filed without leave of Court is STRICKEN. If plaintiff seeks to file an amended complaint he shall file a motion to amend.

s/ Joel Schneider
JOEL SCHNEIDER
United States Magistrate Judge